THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CASE NO. CR08-226MJP** |
| Plaintiff, | **ORDER TO SEAL** |
| vs. | |
| LEIGH GENNISS, | |
| Defendant. | |

THIS MATTER having come before the Court, and the Court having reviewed the materials submitted by counsel;

IT IS THEREFORE HEREBY ORDERED that Defendant, Mr. Leigh Genniss' Presentence Report and Recommendation be filed under seal.

Dated this 27th day of March, 2009.

_____
Marsha J. Pechman
United States District Judge

ORDER ON MOTION TO FILE UNDER SEAL DEFENDANT
LEIGH GENNISS' PRESENTENCE REPORT & RECOMMENDATION - 1

Presented by:

s/ Kevin A. Peck
Kevin A. Peck, WSBA #12995
Attorney for Defendant, Mr. Leigh Genniss
The Peck Law Firm, PLLC
1423 Western Avenue
Seattle, WA  98101-2021
Telephone:  (206) 382-2900
Fax:  (206) 382-2128
E-mail:  kpeck@thepecklawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 20th, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to all parties of record.

s/ Beverley Thomas
Assistant to Kevin A. Peck, WSBA #12995
Attorney for Defendant, Mr. Leigh Genniss
The Peck Law Firm, PLLC
1423 Western Avenue
Seattle, WA  98101-2021
Telephone:  (206) 382-2900
Fax:  (206) 382-2128
E-mail:  dschow@thepecklawfirm.com

ORDER ON MOTION TO FILE UNDER SEAL DEFENDANT
LEIGH GENNISS'  PRESENCE REPORT & RECOMMENDATION - 2

THE PECK LAW FIRM, PLLC
1423 WESTERN AVENUE
SEATTLE, WASHINGTON 98101-2021
(206) 382-2900
FAX: (206) 382-2128