Judge Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LEIGH GENNISS, ) <br> ) <br> Defendant. ) <br> _____ ) | NO. CR08-226MJP <br><br> ORDER TO SEAL DOCUMENT |

Having read the Government's Motion to Seal Document and because of sensitive information contained therein,

It is hereby ORDERED that the Government's Memorandum, shall remain sealed.

DATED this 27th day of March, 2009.

*/s/ Marsha J. Pechman*

Marsha J. Pechman
United States District Judge

Order to Seal Document - 1
*United States v. Leigh Genniss*, CR08-226MJP

UNITED STATES ATTORNEY
700 STEWART STREET, FLOOR 5
SEATTLE, WASHINGTON 98101
(206) 553-7970